UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS ALMONTE,

              Plaintiff,

        -against-

LAW ENFORCEMENT AGENCY; JUDGE
LAURA TAYLOR SWAIN,

              Defendants.

21-CV-6062 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued October 1, 2021, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is

dismissed under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

  Dated:    October 1, 2021
             New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
                 Chief United States District Judge